JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINO JOE HERNANDEZ, ) | Case No. CV 10-2585-CJC (OP) |
| ) | |
| ) | J U D G M E N T |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| VENTURA COUNTY, ) | |
| ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the Complaint in this action is dismissed without prejudice.

DATED: March 25, 2011

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge